No. 18, Original. ILLINOIS *v.* MISSOURI. Motion to make complaint more definite and certain granted. *Norman H. Anderson,* Attorney General of Missouri, *Harold L. McFadden,* Assistant Attorney General, and *Stanley M. Rosenblum* on the motion. [For earlier orders herein, see 379 U. S. 952; 380 U. S. 901, 969.]

No. 12. WESTERN PACIFIC RAILROAD CO. ET AL. *v.* UNITED STATES ET AL. D. C. N. D. Cal. (Probable jurisdiction noted, 379 U. S. 956.) Joint motion to remove case from summary calendar and for permission for two attorneys to present oral argument for each side granted. *E. Barrett Prettyman, Jr.,* for appellants; *Acting Solicitor General Spritzer* and *Robert W. Ginnane* for the United States et al., and *Frank S. Farrell* for Northern Pacific Railway Co. et al., appellees, on the motion.

No. 42. GINZBURG ET AL. *v.* UNITED STATES. C. A. 3d Cir. (Certiorari granted, 380 U. S. 961.) Motion of petitioners to remove case from summary calendar denied. *Sidney Dickstein* on the motion.

No. 88. IN RE MACKAY. Sup. Ct. Alaska. Motion to defer consideration of the petition for writ of certiorari granted. *Joseph A. Ball* and *Edgar Paul Boyko* on the motion.

No. 104. KENT *v.* UNITED STATES. C. A. D. C. Cir. (Certiorari granted, 381 U. S. 902.) Motion to remove this case from summary calendar granted. *Myron G. Ehrlich* on the motion.

No. 346. CANADA PACKERS, LTD. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. C. A. 7th Cir. The Solicitor General is invited to file a brief expressing the views of the United States.